UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES E. JENKINS,

    Plaintiff,

v.

Case No. 2:13-CV-00007
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

## ORDER

On November 12, 2013, the Magistrate Judge issued a Report and Recommendation in this case. Doc. 17. She recommended that the decision of the Commissioner be reversed pursuant to Sentence 4 of 42 U.S.C. § 405(g), and that this action be remanded to the Commissioner of Social Security for further proceedings. *Id.* at 13. The Report and Recommendation also advised the parties that failure to object within fourteen days would result in a waiver of the right to review. *Id.* The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**. The decision of the Commissioner of Social Security is **REVERSED** and this action is hereby **REMANDED** for further proceedings consistent with the November 12, 2013 Report and Recommendation.

    IT IS SO ORDERED.

12-9-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE