AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**JAMES E. JENKINS,**

       **Plaintiff,**

**v.**

**COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,**

       **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO.  2:13-CV-00007**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the ORDER filed December 10, 2013, JUDGMENT is hereby entered remanding this case to the Commissioner of Social Security, pursuant to Sentence 4 of 42 U.S.C. § 405(g),  for further proceedings.**

Date: December 10, 2013                         JOHN P. HEHMAN, CLERK

                                              */S/ Andy F. Quisumbing*
                                              (By) Andy F. Quisumbing
                                              Courtroom Deputy Clerk