UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JAMES E. JENKINS,
    Plaintiff,

v.

Case No. 2:13-CV-00007
JUDGE EDMUND A. SARGUS, JR.
Magistrate Judge Norah McCann King

COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION,
    Defendant.

### ORDER

On January 16, 2014, Magistrate Judge King issued a report and recommendation in this case. Doc. 24. Based on the parties' stipulation, doc. 22, it recommended that Plaintiff's motion for fees, doc. 20, be granted "to the extent that the parties have stipulated to the amount of the award," doc. 24 at 1. It specifically recommended that Plaintiff be awarded an attorney fee in the total amount of $4,000.00 under the Equal Access to Justice Act, 28 U.S.C. § 2412. The report and recommendation advised the parties that failure to object within fourteen days would result in a waiver of the right to a *de novo* review. The time period for objections has run and no party has objected to the report and recommendation. Accordingly, the report and recommendation is thus **ADOPTED**. Plaintiff is accordingly **AWARDED** an attorney fee under the Equal Access to Justice Act in the total amount of $4,000.00.

**IT IS SO ORDERED.**

4-9-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE